In the Matter of FRANK C. MOORE, as Comptroller of the State of New York, on Behalf of the NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM, Respondent, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, OF THE TOWN AND CITY OF CANANDAIGUA, et al., Appellants.

Argued April 13, 1949; decided May 26, 1949.

*Frederic T. Henry* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Edward L. Ryan, Wendell P. Brown* and *Douglas S. Rider* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.